**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02446-CMA

LISA D. WILCOX-TOMLINSON,

Plaintiff,

v.

AMERICAN AIRLINES, INC., and
LISA VALIENTE,

Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Dismissal for Failure to Prosecute (Doc. No. 10) of Judge Christine M. Arguello entered on April 18, 2018, it is

ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

DATED:   April 18, 2018.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

By:    s/S. West
        S. West, Deputy Clerk